**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Howard Cohan, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-cv-2006 |
| ) | |
| vs. ) | Hon. Judge Charles P. Kocoras |
| ) | |
| Cedar Lincoln, L.L.C., d/b/a ) | |
| Quality Inn Schaumburg, ) | |
| ) | |
| Defendant(s). ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08(a), hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement documents. As such, the parties respectfully request that the Court retain continuing jurisdiction over this matter pending the filing of a Stipulation of Dismissal, which the parties expect will follow in May of 2016. The Parties further request that this Court stay any pending deadlines in this matter.

Dated: May 9, 2016

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132