UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Howard Cohan, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-2006 |
| | ) | |
| vs. | ) | Hon. Judge Charles P. Kocoras |
| | ) | |
| Cedar Lincoln, L.L.C., d/b/a | ) | |
| Quality Inn Schaumburg, | ) | |
| | ) | |
| Defendant(s). | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, by and through his attorneys, hereby requests that this Court make an Entry of an Order Dismissing the Action with prejudice, pursuant to Rule 41(a)(1)(A)(i), and in support of said motion states as follows:

1. This matter was initiated by Plaintiff on February 7, 2016.

2. Defendant has appeared through counsel but has not answered the Complaint and Defendant has not filed any counterclaims.

3. At this time, all matters in controversy have been resolved.

WHEREFORE, Plaintiff HOWARD COHAN, respectfully requests that this Honorable Court enter an order voluntarily dismissing the matter with prejudice, and for any further relief the Court deems just and fair.

Dated: 7-6-16                                          On Behalf of Plaintiff,

                                                       /s/ Ivo Tchernev
                                                       Ivo Tchernev, Esq.

Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132