UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Howard Cohan
                Plaintiff,

v.                                             Case No.: 1:16–cv–02006
                                                    Honorable Charles P. Kocoras

Cedar Lincoln, L.L.C.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 19, 2016:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Plaintiff's notice of voluntary dismissal with prejudice filed on 7/6/2016 #[16], HOWARD COHAN, by and through his attorneys, hereby requests that this Court make an Entry of an Order Dismissing the Action with prejudice, pursuant to Rule 41(a)(1) (A)(i), and in support of said motion states as follows: 1. This matter was initiated by Plaintiff on February 7, 2016. 2. Defendant has appeared through counsel but has not answered the Complaint and Defendant has not filed any counterclaims. 3. At this time, all matters in controversy have been resolved. WHEREFORE, Plaintiff HOWARD COHAN, respectfully requests that this Honorable Court enter an order voluntarily dismissing the matter with prejudice, and for any further relief the Court deems just and fair. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.